IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT BLUEFIELD

MELVIN P. BROYLES, JR.,

    Plaintiff,

v.     CIVIL CASE NO. 1:15-05704

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

    Defendant.

**MEMORANDUM OPINION AND ORDER**

    By Order, this action was referred to United States Magistrate Judge Omar J. Aboulhosn for submission of findings and recommendations regarding disposition, pursuant to 28 U.S.C. § 636(b)(1)(B).  (Doc. No. 15).  Magistrate Judge Aboulhosn submitted his Proposed Findings and Recommendation ("PF&R") to the court on July 25, 2016, in which he recommended that the district court reverse the final decision of the Commissioner, remand the case for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g), and that the action be dismissed from the court's docket.

    In accordance with the provisions of 28 U.S.C. § 636(b), the parties were allotted fourteen days, plus three mailing days, in which to file any objections to Magistrate Judge Aboulhosn's PF&R.  The failure of any party to file such

1

objections constitutes a waiver of such party's right to a de novo review by this court.  Snyder v. Ridenour, 889 F.2d 1363 (4th Cir. 1989).

The parties failed to file any objections to the Magistrate Judge's PF&R within the seventeen-day period.  Having reviewed the PF&R filed by the Magistrate Judge, the court adopts the findings and recommendation contained therein.

Accordingly, the court adopts the factual and legal analysis contained within the PF&R, **REVERSES** the final decision of the Commissioner, **REMANDS** the case to the Commissioner of Social Security for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g), and **DIRECTS** the Clerk to remove this matter from the court's docket.

The Clerk is further directed to forward a copy of this Memorandum Opinion and Order to all counsel of record.

It is **SO ORDERED** this 15th day of August, 2016.

                      **ENTER:**

                      David A. Faber
                      Senior United States District Judge